| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:03-CR-14-003 (WLS) |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Middle District of Georgia | DIVISION<br>Albany |
|---|---|---|
| Larome Smith<br>2732 6th Avenue N.E.<br>Birmingham, AL 35215 | NAME OF SENTENCING JUDGE<br>W. Louis Sands, Chief U. S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 09/07/2004 — TO 09/06/2007 |

OFFENSE

Fraud, Credit Card

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/17/05
Date

W. Louis Sands
Chief U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-30-05
Effective Date

U. S. District Judge