**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
201 W. BROAD AVE.
ALBANY, GEORGIA 31701

**GREGORY J. LEONARD**
CLERK
PHONE: 229-430-8432
FAX: 229-430-8538

*July 8, 2005*

OFFICES
ALBANY        31701
ATHENS        30601
COLUMBUS    31902
MACON         31202
THOMASVILLE 31792
VALDOSTA     31601

**United States District Court
Hugo L. Black U. S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203**

RE:    Middle District of Georgia Case No. ___1:03-CR-14(WLS)_____

UNITED STATES OF AMERICA VS. ___LAROME SMITH____

Dear Sir/Madam:

Enclosed is a Transfer of Jurisdiction along with certified copies of Indictment, Judgment and Docket Entries on the above-named supervised releasee.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

GREGORY J. LEONARD, CLERK

BY: *Wanda K. Sanders*

Deputy Clerk

xc:    U.S. Attorney
       U.S. Probation
       U.S. Marshal

-------------------------------------------------------------------------------------------------------------------
Received said papers on _____ and assigned case no. _____
By: _____