IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| VS. | : |
| | : NO. 1:03-CR-14-003 |
| LAROME SMITH, | : |
| Defendant, | : |
| AND | : |
| SOCIAL SECURITY CREDIT UNION, | : |
| Garnishee. | : |

APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Larome Smith ,Social Security No. xxx-xx-2391, whose last known address is Birmingham, AL  35214, in the above cited action in the amount of $13,600.00 plus interest from the date of judgment.

As of the date of the filing of this Application, there is a balance due of $11,032.38.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from the date of the filing of this action, and debtor has failed to satisfy the debt.

The Garnishee is believed to be in possession of monies or other property of the debtor, and said property is a substantial non-exempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

    Social Security Credit Union
    P.O. Box 937
    Birmingham, AL 35201

    G.F. PETERMAN, III
    ACTING UNITED STATES ATTORNEY

    **/s/ H. Randolph Aderhold**
    H. Randolph Aderhold
    Assistant United States Attorney
    State Bar No. 005150

ADDRESS:
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 621-2700