IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| VS. | : |
| | : NO. 1:03-CR-14-003 |
| LAROME SMITH, | : |
| Defendant, | : |
| AND | : |
| SOCIAL SECURITY CREDIT UNION, | : |
| Garnishee. | : |

CERTIFICATE OF SERVICE

The United States of America, the judgment creditor herein, hereby certifies that a copy of the Writ of Garnishment, Application For Writ of Garnishment, along with the initial Clerk's Notice to Judgment Debtor was sent to the last known address of the judgment debtor, Larome Smith, and that service was made upon the judgment debtor Garnishee by mailing same to Social Security Credit Union, P.O. Box 937, Birmingham, AL 35201..

This 30th day of    December   , 2009.

G.F. PETERMAN, III
ACTING UNITED STATES ATTORNEY


**/s/ H. Randolph Aderhold**
H. Randolph Aderhold
Assistant United States Attorney
State Bar No. 005150

ADDRESS:
Post Office Box 1702
Macon, Georgia  31202-1702